UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

JOY-LEE RICHARDSON,

                Plaintiff,

v.

DJO INCORPORATED., *et al.*,

                Defendants.

Civil No. 09-3510 (JRT/JJK)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

_____

This matter came before this Court upon the Stipulation for Dismissal Without Prejudice of Defendants DJO Incorporated and DJO, LLC, filed by the parties on August 16, 2010 [Docket No. 25].

**IT IS HEREBY ORDERED** that Defendants DJO Incorporated and DJO, LLC, Inc. are **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

DATED: August 17, 2010
at Minneapolis, Minnesota.

                                          ___ s/ John R. Tunheim ___
                                              JOHN R. TUNHEIM
                                            United States District Judge